AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KERN, TERENCE C. | USDC/NDOK | 04/18/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

The Federal Building
224 South Boulder Ave., Rm 241
Tulsa, OK 74103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oil & Gas Leases: | | | | | | | | | Heading for lines 2-17 |
| 2. ----L Tuley, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 3. ----Lash, Murray Co, OK | A | Royalty | J | W | | | | | |
| 4. ----Crump, Murray Co, OK | A | Royalty | J | W | | | | | |
| 5. ----Floyd, Garvin Co, OK | B | Royalty | J | W | | | | | |
| 6. ----Gibson, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 7. ----Muncrief, Garvin Co, OK | A | Royalty | J | W | | | | | |
| 8. ----Beers Lite, Dewey Co, OK | C | Royalty | J | W | | | | | |
| 9. ----Kenneth, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 10. ----Edna, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 11. ----Stanton, Dewey Co, OK | A | Royalty | J | W | | | | | |
| 12. ----Kimball, Major Co, OK | A | Royalty | J | W | | | | | |
| 13. ----Miller, Major Co, OK | B | Royalty | J | W | | | | | |
| 14. ----Spark, Bensch, Major Co, OK | A | Royalty | J | W | | | | | |
| 15. ----BeWk, Logan Co, OK | A | Royalty | J | W | | | | | |
| 16. ----Royalty Int, Custer Co, OK | D | Royalty | J | W | | | | | |
| 17. ----Royalty Int, Stephens Co, OK | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT # 1 | | | | | | | | | Heading for lines 19-25 |
| 19. --UBS Bank USA Dep Acct | A | Interest | K | T | | | | | (Active Asset Money Fund) |
| 20. --Breitburn | A | Distribution | J | T | | | | | |
| 21. --Dow Chemical | A | Dividend | | | Sold | 09/14/16 | J | A | |
| 22. --Enterprise Products Partner LP MLP | B | Distribution | K | T | | | | | |
| 23. --Gilead Science | A | Dividend | K | T | | | | | |
| 24. --ONEOK Partners Lp | B | Distribution | K | T | | | | | |
| 25. --Williams Partners LP MLP | B | Distribution | K | T | | | | | |
| 26. BROKERAGE ACCOUNT # 2 | | | | | | | | | Heading for lines 27-33 |
| 27. --UBS Bank USA Deposit Acct | A | Interest | L | T | | | | | (Active Asset Money Fund) |
| 28. --Apple, Inc. | C | Dividend | L | T | Buy | 04/28/16 | K | | |
| 29. --CVR Refining | A | Distribution | J | T | | | | | |
| 30. --General Electric | D | Dividend | K | T | | | | | |
| 31. --Intel Corp. | A | Dividend | J | T | | | | | |
| 32. --Plains All American Pipeline | C | Distribution | K | T | | | | | |
| 33. Bank of America Corp | A | Dividend | K | T | Buy | 9/14/16 | K | | |
| 34. BROKERAGE ACCOUNT # 3 | | | | | | | | | Heading for lines 41-73 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Investment Fund Deposit Acct | A | Interest | J | T | | | | | (Active Asset Money Fund) |
| 36. --Active Power | | | | | Merged (with line 48) | 12/01/16 | J | | Now P10 Inds Inc Com New |
| 37. --Advanced Semiconductor | A | Dividend | | | Sold | 01/14/16 | J | A | |
| 38. --AU Optronics Corp | A | Dividend | | | Sold | 08/01/16 | J | A | |
| 39. --Breitburn | | None | | | Sold | 08/01/16 | J | A | |
| 40. --General Electric | A | Dividend | | | Sold | 01/12/16 | J | A | |
| 41. --Jones Energy | A | Dividend | | | Sold | 12/22/16 | J | A | |
| 42. --Lucas Energy Inc | | None | | | Sold | 01/12/16 | J | A | |
| 43. --Profire | | None | | | Sold | 12/28/16 | J | A | |
| 44. --Rex Energy | | None | J | T | | | | | |
| 45. --Sonus Networks | | None | | | Sold | 08/01/16 | J | A | |
| 46. --Vanguard | A | Distribution | | | Sold | 12/23/16 | J | A | |
| 47. --Vantage Drilling | A | Dividend | J | T | | | | | |
| 48. P10 Inds Inc Com New | A | Interest | J | T | | | | | See Line 36 |
| 49. Bank of America Corp | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 50. | A | Dividend | J | T | Buy (add'l) | 02/05/16 | J | | |
| 51. | A | Dividend | J | T | Buy (add'l) | 06/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gilead Sciences Inc | A | Dividend | | | Buy | 05/06/16 | J | | |
| 53. | A | Dividend | | | Buy (add'l) | 05/12/16 | J | | |
| 54. | A | Dividend | | | Buy (add'l) | 06/30/16 | J | | |
| 55. | A | Dividend | | | Sold | 08/05/16 | K | C | |
| 56. | A | Dividend | | | Buy | 10/14/16 | J | | |
| 57. | A | Dividend | | | Sold | 12/19/16 | J | C | |
| 58. Comfort Systems USA | A | Dividend | J | T | Buy | 05/09/16 | J | | |
| 59. | A | Dividend | J | T | Buy (add'l) | 08/10/16 | J | | |
| 60. OK 529 College Savings Plan Aggressive Managed Allocat-no control | A | Interest | K | T | Buy | 02/05/16 | J | | |
| 61. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 62. Chambers-BIP Kodiak | E | Distribution | M | T | | | | | |
| 63. Direct Access Capital Holdings | B | Distribution | K | T | | | | | |
| 64. Bank of Oklahoma accounts | A | Interest | M | T | | | | | . |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KERN, TERENCE C. | 04/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ TERENCE C. KERN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544